PEOPLE v. ACKRON. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Proceedings by the people of the state of New York against Charles E. Ackron. No opinion. Motion to dismiss appeal denied, upon condition that appellant have his appeal ready for argument at the December term. Order filed.

PEOPLE, Respondent, v. BRIGGS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Proceedings by the people of the state of New York against Charles M. Briggs.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents.

PEOPLE v. BRYAN et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Proceedings by the people of the state of New York against John Bryan and another. No opinion. Motion granted. Order filed.

PEOPLE, Respondents, v. DI RUZZA, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Proceedings by the people of the state of New York against Lucca Di Ruzza. No opinion. Judgment of conviction, and order of the County Court of Westchester county denying motion for new trial, affirmed.

PEOPLE, Respondent, v. DUNHAM, Appellant. (Supreme Court, Appellate Division, Third Department. November 25, 1907.) Proceedings by the people of the state of New York against Ansel W. Dunham.

PER CURIAM. Order affirmed.

SMITH, P. J., not voting. KELLOGG, J., dissents, upon the ground that the county judge should resettle the case by certifying what actually took place upon the rendition of the verdict.

PEOPLE, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Proceedings by the people of the state of New York against Jane Jones.

PER CURIAM. Judgment of conviction affirmed.

KRUSE and ROBSON, JJ., dissent.

PEOPLE, Respondent, v. NEFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Proceedings by the people of the state of New York against John W. Neff. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. See 105 N. Y. Supp. 559.

PEOPLE v. O'BRIEN. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Proceedings by the people of the state of New York against James O'Brien. No opinion. Motion granted. Order filed.

PEOPLE v. WADE (Supreme Court, Appellate Division, First Department. October 18, 1907.) Proceedings by the people of the state of New York against Henry R. Wade. No opinion. Motion denied, on condition that appellant have his case ready for argument at the December term. Order filed.

PEOPLE v. WEICK. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Proceedings by the people of the state of New York against Margaret Weick. No opinion. Motion granted. Order resettled.

PEOPLE ex rel. ALLEN, Appellant, v. BINGHAM, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Proceedings by the people of the state of New York, on the relation of James A. Allen, against Theodore A. Bingham, as commissioner. J. A. Allen, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. FOGARTY v. CASSIDY. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Proceedings by the people of the state of New York, on the relation of Lawrence Fogarty, against Joseph Cassidy. No opinion. Motion denied, with $10 costs. Order filed.

PEOPLE ex rel. GAY, Appellant, v. BUTLER, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Proceedings by the people of the state of New York, on the relation of Harry G. Gay, against Edmond J. Butler, as commissioner. A. H. Scoble, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. KELLY, Appellant, v. HEBBERD, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Proceedings by the people of the state of New York, on the relation of Edward J. Kelly, against Robert W. Hebberd, as commissioner. H. J. Goldsmith, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. LOCKWOOD, Appellant, v. BUTLER, Com'r, Respondent. (Supreme Court; Appellate Division, First Department. November 22, 1907.) Proceedings by the people of the state of New York, on the relation of William Lockwood, against Edmond J. Butler, as commissioner. A. H. Scoble, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. ROBESCH v. PRESIDENT OF BOROUGH OF QUEENS. (Su-